AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
CHRISTOPHER H. KENILEY

*Defendant*

)
)
)
)
)
)
)

Case: 1:23-mj-00252
Assigned To : Meriweather, Robin M.
Assign. Date : 09/13/2023
Description: Complaint W/ Arrest Warrant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     CHRISTOPHER H. KENILEY                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:    09/13/2023

*Issuing officer's signature*
2023.09.13 17:17:02 -04'00'

City and state:    Washington, D.C.           Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/13/2023, and the person was arrested on *(date)* 9/14/2023
at *(city and state)* Springfield, MA.

Date: 9/15/2023

*Arresting officer's signature*

Derek Beecher, Special Agent FBI
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: CHRISTOPHER H. KENILEY

Known aliases: 

Last known residence: 15 Grove Street, Greenfield, MA 01031

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 

Place of birth: 

Date of birth: 11/4/1960

Social Security number: 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

Height:                                                   Weight:

Sex:                                                      Race:

Hair:                                                     Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency: Federal Bureau of Investigation

Investigative agency address: Boston Division, Springfield Resident Agency | FBI Joint Terrorism Task Force (JTTF)

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date <u>of</u> last contact with pretrial services or probation officer *(if applicable)*:

Created With Tiny Scanner