UNITED STATES DISTRICT COURT

DISTRICT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 23-MJ-00252-RMM |
| | ) | |
| CHRISTOPHER KENILEY | ) | |

NOTICE OF APPEARANCE

Assistant Federal Defender Timothy G. Watkins hereby files his appearance as attorney

on behalf of Christopher Keniley, the defendant in the above-entitled matter.

CHRISTOPHER KENILEY
By his attorney,

/s/ Timothy Watkins
Timothy Watkins
Federal Defender Office
51 Sleeper St., Third Floor
Boston, MA 02210
(617) 223-8061

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system
will be sent electronically to the registered participants as identified on the Notice of Electronic
Filing (NEF) on September 15, 2023.

/s/ Timothy G. Watkins
Timothy G. Watkins